UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:23-cv-61407-BB

**RAYMOND T. MAHLBERG,**

    Plaintiff,

v.

 F21 OPCO LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Raymond T. Malhberg, and Defendant F21 Opco LLC (collectively, the "Parties"), by and through their undersigned counsel, hereby notify this Court that the Parties have reached a resolution in this case. The Parties anticipate filing a consent decree within the next sixty (60) days.

| | |
|---|---|
| **Dated**: August 30, 2023 | Respectfully Submitted, |
| **Acacia Barros, P.A.** | **Lewis, Brisbois, Bisgaard & Smith, LLP** |
| 11120 N. Kendall Drive, Suite 201 | 110 Southeast 6th Street, Suite 2600 |
| Miami, FL 33176 | Fort Lauderdale, Florida 33301 |
| Telephone: (305) 639-8381 | Telephone: (954) 728-1280 |
| Facsimile: (786)364-7327 | Facsimile: (954) 728-1282 |
|  /s/ _Acacia Barros_ | |
| Acacia Barros, Esq. (FBN 106277) | /s/_Jonathan A. Beckerman_ |
| Ab@barroslawfirm.com | Jonathan A. Beckerman, Esq. (FBN 568252) |
| Counsel for Plaintiff | Jonathan.Beckerman@lewisbrisbois.com |
| | Counsel for Defendant |

94189966.1